SEALED
BY ORDER OF THE COURT

ORIGINAL

CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK # 3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    tom.muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2023
at____o'clock and____min____M
John A. Mannle, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. CR 23 - 00018 HG |
| | ) |
| Plaintiff, | ) |
| | ) INDICTMENT |
| vs. | ) |
| | ) |
| ETI MAMEA, | ) [21 U.S.C. §§ 841(a)(1) and |
| | ) 841(b)(1)(A)] |
| Defendant. | ) |
| | ) |

INDICTMENT

The Grand Jury charges:

Count 1
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about February 26, 2018, within the District of Hawaii, ETI MAMEA, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 2
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about June 7, 2018, within the District of Hawaii, ETI MAMEA, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

SERIOUS DRUG FELONY

Before ETI MAMEA, the defendant, committed the offenses charged in Count 1 and Count 2, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1) for which the defendant served a term of more than 12 months and for which the defendant's release from any term of imprisonment was within 15 years of the

2

commencement of the instant offense. As a result of that conviction, the defendant

is subject to increased punishment under Title 21, United States Code, Section

84(b).

## Forfeiture Notice

1.      The allegations set forth in Counts 1 and 2 of this Indictment are

hereby realleged and incorporated by reference for the purpose of noticing

forfeiture pursuant to Title 21, United States Code, Section 853.

2.      The United States hereby gives notice that, pursuant to Title 21,

United States Code, Section 853, upon conviction of the offenses in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) charged in

Counts 1 and 2 of this Indictment, ETI MAMEA, the defendant, shall forfeit to the

United States any and all property constituting, or derived from, any proceeds

obtained, directly or indirectly, as the result of such violations and any and all

property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such violations.

3.      If by any act or omission of the defendant, any of the property subject

to forfeiture described in paragraph 2 of this notice:

> a.      cannot be located upon the exercise of due diligence;
>
> b.      has been transferred or sold to, or deposited with, a third party;
>
> c.      has been placed beyond the jurisdiction of the court;

3

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be

subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value

of the property described above in paragraph 2 of this forfeiture notice, pursuant to

Title 21, United States Code, Section 853(p).

     DATED:     February __16__, 2023, at Honolulu, Hawaii.

     A TRUE BILL

     /s/ Foreperson
     FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii


THOMAS MUEHLECK
Assistant U.S. Attorney


United States v. Eti Mamea
Indictment
Cr. No.  CR 23 - 0 0 0 1 8  

4